IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

M.D. RAYMOND ALEXANDER,           :
      *Petitioner,*                 :
                                    :
      v.                            :   CIVIL ACTION
                                    :   NO. 03-3514
ROBERT SHANNON et al.,            :
      *Respondents.*                :

## ORDER

AND NOW, this **30**th day of **March 2026**, upon consideration of Raymond Alexander's Motion for Relief under Fed. R. Civ. P. 60(b) (ECF Nos. 25 & 26), it is **ORDERED** that Mr. Alexander's Motion is **DENIED**.

BY THE COURT:

_____

HON. KAI N. SCOTT

**United States District Court Judge**